# EXHIBIT A

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | | 26- 4110 -NO |
| 30th JUDICIAL CIRCUIT | | JUDGE ROSEMARIE E. AQUILIN |
| COUNTY | | |

**Court address**
313 W. Kalamazoo Street, Lansing, MI 48933

**Court telephone no.**
517-483-6500

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Mary Radogna | v | Costco Wholesale Corporation, a Foreign Profit Corporation<br>c/o Resident Agent: The Corporation Company<br>40600 Ann Arbor Road, E. Suite 201<br>Plymouth, MI 48170 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Alexander J. Kassab P78221<br>The Sam Bernstein Law Firm<br>31440 Northwestern Hwy., Suite 333<br>Farmington Hills, MI 48334<br>248-538-3120 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☑ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ______________ and assigned to Judge ______________________

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| AUG 17 2026 | NOV 16 2026 | Nicole Cattivera /CP |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

Summons (3/23) Case No. 26-

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

Signature

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

____________________ on ____________________ .

Attachments (if any) Date and time

____________________ on behalf of ____________________

Signature

Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

MARY RADOGNA,

Plaintiff,

v.

Case No. 26- 4110 -NO

Hon. JUDGE ROSEMARIE E. AQUILINA

COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation,

Defendant.

/

ALEXANDER J. KASSAB (P78221)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31440 Northwestern Highway, Suite 333
Farmington Hills, MI 48334
Fax: 248-737-4392
Phone: 248-538-3126
akassab@sambernstein.com
llyons@sambernstein.com

/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

## COMPLAINT AND DEMAND FOR JURY TRIAL

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1 800 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

NOW COMES the Plaintiff, MARY RADOGNA, by and through her attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by ALEXANDER J. KASSAB, and for her cause of action against Defendant, COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation, respectfully shows unto this Honorable Court as follows:

1. That Plaintiff, MARY RADOGNA, at all times pertinent hereto, is a resident of the City of Dewitt, County of Clinton, State of Michigan.

2. That Defendant, COSTCO WHOLESALE CORPORATION, upon information and belief, is a Foreign Profit Corporation, is registered with the Michigan Department of Licensing and Regulatory Affairs, conducts business within the City of East Lansing, County of Ingham, State of Michigan, and whose resident agent with the State of Michigan is The Corporation Company, located at 40600 Ann Arbor Road E, Ste. 201, Plymouth, MI 48170.

3. That all the acts, transactions and occurrences arose in the City of East Lansing, County of Ingham, State of Michigan.

4. That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

5. That on or about the 6th day of March, 2026, the Defendant was then and there the owner, operator, manager, and/or in control of the premises located at 2540 E Saginaw Highway, East Lansing, MI 48823, exercising possession and control over the property, aisleways, walkways, assets, and premises therein.

6. That on the aforementioned date, your Plaintiff, MARY RADOGNA, was a business invitee lawfully upon the aforementioned premises and, while carefully shopping on the premises, did trip and fall to the ground with great force and violence due to the dangerous conditions then and there existing, to-wit: an unattended stocking pallet positioned in the customer aisleway, obstructing the path of travel.

7. That at all times relevant hereto, Defendant, COSTCO WHOLESALE CORPORATION, owed a duty to Plaintiff, who was lawfully upon said premises, to not create dangerous conditions, to maintain the premises in a safe condition free from danger, to exercise reasonable care to diminish any hazards relating to the premises, and such duties further required that reasonable and appropriate measures, in light of existing and created circumstances, be taken within a reasonable time in prevention of dangerous conditions.

8. That in total disregard of such duties, Defendant, COSTCO WHOLESALE

SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

CORPORATION, at all times material herein, breached said duties in one or more of the following particulars, but not necessarily limited to, the following:

(a) Negligently, carelessly and recklessly creating a dangerous and hazardous condition to individuals who traverse and shop within said premises, to wit: an unattended stocking pallet positioned in the customer aisleway, obstructing the path of travel.

(b) Negligently, carelessly and recklessly maintaining their premises in a dangerous condition when it was known or should have been known that the particular configurement of their property and assets posed a propensity toward the formation of a hazardous and unsafe condition, to wit: an unattended stocking pallet positioned in the customer aisleway, obstructing the path of travel.

(c) Negligently, carelessly and recklessly increasing the hazard of walking on the premises by the creation of the aforesaid defect and by failing to correct said situation;

(d) Negligently, carelessly and recklessly failing to keep said premises properly clear and free from hazards after the affirmative acts of Defendant which did create, cause and/or contribute to an unnatural defect as hereinbefore described;

(e) Negligently, carelessly and recklessly allowing a hazardous condition to remain on the property so as to endanger those persons lawfully upon same;

(f) Negligently, carelessly and recklessly failing to remove a dangerous condition then and there existing from the property;

(g) Negligently, carelessly and recklessly maintaining a hazardous condition on property flowing from Defendant's premises;

(h) Negligently, carelessly and recklessly failing to provide Plaintiff reasonable and safe means of necessary access in and about said premises, and to keep them safe from dangerous, hazardous conditions;

(i) Negligently, carelessly and recklessly failing to repair and/or remove said hazardous condition from said premises, after notice of the dangerous condition thereof;

(j) Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff and those like them from and against the hazards arising on the premises;

(k) Negligently, carelessly and recklessly allowing said premises to become and remain in poor repair;

(l) Negligently, carelessly and recklessly failing to inspect said premises so as to discover a dangerous condition of which Defendant knew, or had reason to know,

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-3726
A PROFESSIONAL LIMITED LIABILITY COMPANY

existed;

(m) Negligently, carelessly and recklessly failing to alleviate a dangerous condition which Defendant knew or had reason to know existed;

(n) Negligently, carelessly and recklessly failing to warn Plaintiff and those persons like Plaintiff of the dangerous condition then and there existing;

(o) In otherwise negligently, carelessly and recklessly failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person under the same or similar circumstances and in otherwise causing the injuries and damages to Plaintiff as hereinafter alleged;

(p) Negligently, carelessly and recklessly being guilty of other acts of negligence currently unknown to Plaintiff, but which will be ascertained through the discovery process.

9. That as a direct and proximate result of the negligent acts and/or omissions on the part of the Defendant, Plaintiff, MARY RADOGNA, was caused to fall to the ground with great force and violence and to suffer severe, grievous and permanent personal injuries, disability and damages, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to, the following:

(a) Injuries to and about the entire head, including ***concussion with memory loss and confusion, contusion, head pain, and memory loss,*** requiring rehabilitation, physical therapy, occupational therapy, speech therapy, pain medications, a plethora of other medical treatment, and sequelae;

(b) Injuries to and about the entire bilateral lower extremities, including ***right hip pain, bilateral leg pain, and left leg nerve injury,*** requiring rehabilitation, physical therapy, pain medications, a plethora of other medical treatment, and sequelae;

(c) Aggravation or pre-existing conditions;

(d) Residual scarring;

(e) Post-traumatic stress disorder and depression;

(f) Various and diverse injuries to the extremities with all attendant injuries to bones, muscles, tissues, nerves, cartilages, ligaments and tendons thereof;

(g) Pain, suffering, discomfort, disability, extreme physical and emotional suffering;

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

(h) Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

(i) Loss of the natural enjoyments of life;

(j) Loss of wages and/or earning capacity; and

(k) Expenditures for physicians, hospitals, medicinal things and substances.

WHEREFORE, Plaintiff, MARY RADOGNA, prays that this Honorable Court award her damages against Defendant in whatever amount in excess of Twenty-Five Thousand ($25,000.00) Dollars to which she is found to be entitled to receive, together with costs, interest and attorney fees.

Respectfully submitted,

THE SAM BERNSTEIN LAW FIRM, PLLC

ALEXANDER J. KASSAB (P78221)
Attorneys for Plaintiff
31440 Northwestern Highway, Suite 333
Farmington Hills, MI 48334
Fax: (248) 737-4392
Phone: (248) 538-3126
akassab@sambernstein.com
llyons@sambernstein.com

Dated: August 6, 2026

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1 800 225 5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

MARY RADOGNA,

Plaintiff,

v.

Case No. 26- 4110 -NO

Hon. JUDGE ROSEMARIE E. AQUILINA

COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation,

Defendant.

---

ALEXANDER J. KASSAB (P78221)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31440 Northwestern Highway, Suite 333
Farmington Hills, MI 48334
Fax: 248-737-4392
Phone: 248-538-3126
akassab@sambernstein.com
llyons@sambernstein.com

---

## JURY DEMAND

NOW COMES the Plaintiff, MARY RADOGNA, by and through her attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by ALEXANDER J. KASSAB, and hereby respectfully demands a trial by jury in the above-entitled cause of action.

Respectfully submitted,

THE SAM BERNSTEIN LAW FIRM, PLLC

ALEXANDER J. KASSAB (P78221)
Attorneys for Plaintiff
31440 Northwestern Highway, Suite 333
Farmington Hills, MI 48334

SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

Fax: (248) 737-4392
Phone: (248) 538-3126
akassab@sambernstein.com
llyons@sambernstein.com

Dated: August 4, 2026

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY